**JUDGE BUCHWALD**

FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANLINE U.S.A. INC. d/b/a ALEX TOYS,<br><br>Plaintiff,<br><br>- against -<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT, VOLKSWAGEN OF AMERICA, INC.<br><br>Defendants. | CIV. ACTION NO.: **07 CIV 10272**<br><br>RULE 7.1 STATEMENT<br><br>NOV 1 3 2007<br>U.S.D.C. S.D.N.Y.<br>CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Panline U.S.A. Inc. d/b/a Alex Toys (private non-governmental parties) respectfully certifies as follows:

1. Panline U.S.A. Inc. d/b/a Alex Toys has no parent corporations.

2. Panline U.S.A. Inc. d/b/a Alex Toys is not a publicly held corporation.

Dated: November 9, 2007

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: _____
G. Roxanne Elings (GE 8321)
David Saenz (DS 1976)
Dana Schuessler (DS 0711)
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
*Attorneys for Plaintiff Panline U.S.A Inc. d/b/a Alex Toys*